IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAMIC SPORTS NUTRITION, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 04:08-CV-1929 |
| ANTHONY ROBERTS a/k/a | § | |
| ANTHONY CONNORS, | § | JURY |
| A ROBERTS, LLC, and | § | |
| DOUGLAS R. DREIER d/b/a | § | |
| STEROID-RX.COM, | § | |
| | § | |
| *Defendants* | § | |

## PLAINTIFF'S SOLDIERS' & SAILORS' AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Brian Clapp, a person whose identity is known to me, and who after being duly sworn by me, upon his oath stated:

1. My name is Brian Clapp. I am over 18 years of age and I am competent to make this affidavit. The facts contained in this affidavit are within my personal knowledge and the facts contained in this affidavit are true and correct. I am an authorized agent of Plaintiff Dynamic Sports Nutrition Inc ("Plaintiff"), and I am duly authorized to make this Affidavit on its behalf.

2. Defendant Anthony Roberts a/k/a Anthony Connors is not in the military. I know this because I have had personal contact with him as a civilian and have personally seen that he is not in the military service. A copy of the Department of Defense Service Members Civil Relief Act Inquiry to confirm that he is not in the military service at this time is attached hereto as Exhibit 1.


EXHIBIT 4

- 1 -


3. Defendant A Roberts, LLC is not in the military. Defendant A Roberts, LLC is a limited liability company, not a natural person, and therefore not subject to military service.

4. I declare under penalty of perjury that the facts set forth herein are true and correct.

_____
Brian Clapp

SUBSCRIBED AND SWORN TO BEFORE ME by Brian Clapp, on this the 21 day of August 2008, to certify which witnesses my hand and seal of office.

_____
NOTARY PUBLIC
STATE OF TEXAS



STEPHANIE L. LEE
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-04-12