IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAMIC SPORTS NUTRITION, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-1929 |
| § | |
| ANTHONY ROBERTS, *et al.*, § | |
| § | |
| Defendants § | |

**ORDER**

The plaintiff, Dynamic Sports Nutrition, Inc., has moved for entry of default judgment on liability against the defendants, Anthony Roberts a/k/a Anthony Connors and A. Roberts, LLC (collectively, the "Roberts Defendants"). The motion and attachments show that these defendants have failed to answer or otherwise appear. However, no default judgment may be rendered unless a default has been entered under Rule 55(a) and until the damages have been liquidated. Accordingly, it is ordered that default be entered against the Roberts Defendants under Rule 55(a). The court will reserve ruling on its award of damages against the Roberts Defendants, including reasonable attorneys' fees and costs of court.

SIGNED on September 17, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge