# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAMIC SPORTS NUTRITION, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-1929 |
| | § | |
| ANTHONY ROBERTS, *et al.*, | § | |
| | § | |
| Defendants | § | |

## ORDER ENTERING INJUNCTION AND FINAL JUDGMENT

Judgment is issued in favor of Plaintiff, Dynamic Sports Nutrition, Inc. and against Defendants Anthony Roberts a/k/a Anthony Connors and A Roberts, LLC (the "Roberts Defendants") as set forth below. The court issues this Final Judgment pursuant to this court's Memorandum and Opinion dated January 16, 2009 setting forth its findings of fact and conclusions of law on the damages and attorney's fees sought by Plaintiff following the court's entry of default against the Roberts Defendants.

In accordance with this court's January 16, 2009 Memorandum and Opinion, it is ordered that:

    1.    The plaintiff recovers from the defendants, Anthony Roberts and A Robert, LLC, jointly and severally, $569,065.00 in past lost profits, $6,090,000.00 in future lost profits from January 16, 2009 through December 31, 2011, $32,417.50 in reasonable attorney's fees, taxable court costs of $350.00, along with postjudgment interest on these amounts at the rate of 0.44% per annum,

       beginning January 16, 2009 and continuing until the amounts awarded are paid in full.

2. Based on the announcement of the plaintiff's counsel of settlement, the court hereby dismisses without prejudice all claims plaintiff asserted against Defendant Douglas Drier. FED. R. CIV. P. 41(a)(1)

3. Anthony Roberts and A. Roberts, LLC, and their agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, shall refrain from:

    (a) Directly or indirectly disclosing the confidential information as defined above;

    (b) Selling, assigning, or converting any data regarding the confidential information or any information regarding DSNI's profit margins, manufacturing costs of its products,s ales history, customers' financial information or prior purchases from DSNI, or any other data contained on either the stolen Macintosh laptop computer or on the compact disc Roberts admitted to having in his possession in his June 22, 2008 blog posting;

    (c) Using any password to access private, password-protected information contained in the websites operated by DSNI (such as sales data or the

names, addresses, and orders of DSNI's customers).

This is a Final Judgment.

SIGNED on January 16, 2009, at Houston, Texas.

                                        Lee H. Rosenthal
                                    United States District Judge