**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DYNAMIC SPORTS NUTRITION, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-1929 |
| ANTHONY ROBERTS, *et al.*, | § § | |
| Defendants | § § | |

**ORDER FOR SEIZURE OF PROPERTY
UNDER 28 U.S.C. § 2001 AND U.S.C. § 2004**

Plaintiff and judgment creditor Dynamic Sports Nutrition, Inc. ("DSNI") has moved for entry of an order requiring the U.S. Marshals Service for the District of New Jersey to effectuate a private seizure of assets of defendant Anthony Roberts ("Roberts"). The judgment resulted from the entry of default after Roberts, who is *pro se*, failed to appear. This court grants the motion for issuance of a seizure order in part, ordering as follows:

A. Dynamic Sports Nutrition, Inc., the judgment creditor and the party on behalf of whom this order is being issued, is authorized under the supervision and the assistance of the U.S. Marshal, to take all necessary steps to secure and remove the following nonexempt tangible and intangible property, which may be located at 132 Lawrence Avenue, Hasbrouck Heights, New Jersey:

  1. any contractual right to payment from any third party for freelance writing or sales of nutritional supplements or books;

  2. the Apple Macintosh laptop computer taken from the plaintiff, with computer discs and other data storage devices and the data contained thereon, including any property Roberts took from the plaintiff;

3. the contractual rights that Roberts owns for webhosting for the two web hosting companies that host his websites http://www.anthonyroberts.co.za/ and www.steroidtimes.com (and, in regard, Roberts is ordered to sign the documents to transfer the ownership of any website domains or Uniform Resource Locator "(URL)" numbers to whomever purchases them at auction);

4. the contractual rights that Roberts owns to collect royalties from any publication, including: (i) the book, *Anabolic Steroids: Ultimate Research Guide*; (ii) the e-book, *Beyond Steroids*, (iii) the book, *Dr. Jekyll & Mr. Hyde*; and (iv) Roberts' upcoming book, *Generation S*; and

5. the documents necessary to transfer ownership of any copyright that Roberts owns, including those for the publication listed above.

The U.S. Marshal may enter and search for said property and place it with an appropriate storage facility.

B. Anthony Roberts a/k/a Anthony Connors or Anthony Robert Connors must transfer to the U.S. Marshal's Service in the District of New Jersey, actual possession of, and execute all documents necessary to transfer possession and all right, title and interest in, the following tangible and intangible property, which is not subject to ordinary process and execution:

1. the contractual right that Roberts owns for webhosting for the two webhosting companies that host his websites: www.anthonyrobertsonline.com, www.blog.anthonyrobertsonline.com, www.robertsblog.com, and now www.anthonyroberts.co.za;

2. the contractual rights that Roberts owns to collect royalties, if any, from the sale or distribution of any publication, including: (i) the book, *Anabolic Steroids: Ultimate Research Guide*; (ii) the e-book, *Beyond Steroids*, (iii) the book, *"Dr. Jekyll & Mr. Hyde – Body Transformation from Both Sides of the Force"*; and Roberts's upcoming book, *Generation S*.

In addition, the U.S. Marshal's Service will undertake the steps to levy on Roberts's domain names currently locked and being held by the domain registrar, Godaddy.com. The U.S. Marshal will seize this property belonging to Anthony Roberts, conduct a judicial auction for the sale of the seized property as permitted by 28 U.S.C. § 2001 and 28 U.S.C. § 2004, and shall pay the proceeds

(after lawful deductions for expenses of the auction) to DSNI to satisfy DSNI's judgment, 28 U.S.C. § 566(a)(c).

C.  Anyone interfering with the execution of this Order is subject to arrest by the United States Marshal and/or his or her representative.

D.  Dynamic Sports Nutrition, Inc., on whose behalf the court issues this Order, will account completely for all property seized under this Order and will compile a written inventory of all such property and provide a copy to the U.S. Marshal, who must include a copy with the return to the court.

E.  Dynamic Sports Nutrition, Inc., on whose behalf the court issues this Order, will act as substitute custodian of any and all property seized under this Order and will hold harmless the U.S. Marshals Service and its employees from any and all claims, asserted in any court or tribunal, arising from any acts, incidents, or occurrences in connection with the seizure and possession of the defendant property, including any third-party claims.

SIGNED on June 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge